1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LINDA S. COPELAND,

                             Petitioner,

              v.

J. ESPINOZA, Warden,

                           Respondent.

Case No. LACV 17-7156-SVW (LAL)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

      Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

      Accordingly, IT IS ORDERED THAT:

      1.     The Report and Recommendation is approved and accepted;

      2.     Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and

/// 

/// 

///

1        3.      The Clerk serve copies of this Order on the parties.

2

3

4 DATED: ___March 24, 2021_____

                                  _____

5                                     HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28