**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. COPELAND, | Case No. LACV 17-7156-SVW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. ESPINOZA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: March 24, 2021

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE